Lucille Fischbach, as Administratrix of the Estate of William Deceased, Appellant, v. Auto Boys, Inc., et al., Respondents.—

Under the circumstances, it was error to have admitted in evidence the unverified complaint, containing allegations made on information and belief, in the prior action against other defendants, arising out of the same incident. Adel, MacCrate and Schmidt, JJ., concur; Johnston, Acting P. J., and Wenzel, J., dissent and vote to affirm. [See 280 App. Div. 789.]